| | |
|---|---|
| 1 | LAURA J. FOWLER, Bar No. 186097 |
| 2 | laura.fowler@bbklaw.com |
|   | Best Best & Krieger LLP |
| 3 | 500 Capitol Mall |
|   | Suite 1700 |
| 4 | Sacramento, CA  95814 |
|   | Telephone:  (916) 325-4000 |
| 5 | Facsimile:  (916) 325-4010 |
| 6 | Attorneys for Defendant |
|   | Kasco Corporation |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SPRADLIN, an individual, | Case No.  2:13-cv-02260-TLN-AC |
| Plaintiff, | **STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME** |
| v. | |
| KASCO CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

2:13-CV-02260-TLN-AC

Pursuant to Local Rule 144(a), the parties hereby stipulate as follows:

Laura J. Fowler, Best Best & Kreiger, LLP, attorney for defendant, Kasco Corporation ("Defendant") and Rory C. Quintana, Quintana & Albert LLP, attorney for plaintiff, Anthony Spradlin, hereby stipulate to an initial three-week extension for Defendant to respond to the complaint filed in this matter.  Defendant's response is now due on December 13, 2013.

IT IS SO STIPULATED.

Dated:  November 19, 2013         BEST BEST & KRIEGER LLP


                                  By:      */s/Laura J. Fowler*
                                       LAURA J. FOWLER
                                       Attorneys for Defendant
                                       Kasco Corporation


Dated:  November 19, 2013         QUINTANA & ALBERT LLP


                                  BY:      */s/Rory C. Quintana*
                                       RORY C. QUINTANA
                                       Attorneys for Plaintiff
                                       Anthony Spradlin


IT IS SO ORDERED.


Dated: November 19, 2013

                                       _____
                                       Troy L. Nunley
                                       United States District Judge