LAURA J. FOWLER, Bar No. 186097
laura.fowler@bbklaw.com
Best Best & Krieger LLP
500 Capitol Mall
Suite 1700
Sacramento, CA  95814
Telephone:  (916) 325-4000
Facsimile:  (916) 325-4010

Attorneys for Defendant
Kasco Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SPRADLIN, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KASCO CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.  2:13-cv-02260-TLN-AC<br><br>**STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME** |

2:13-CV-02260-TLN-AC

Pursuant to Local Rule 144(a), the parties hereby stipulate as follows:

Laura J. Fowler, Best Best & Kreiger, LLP, attorney for defendant, Kasco Corporation ("Defendant") and Rory C. Quintana, Quintana & Albert LLP, attorney for plaintiff, Anthony Spradlin, hereby stipulate to an initial three-week extension for Defendant to respond to the complaint filed in this matter. Defendant's response is now due on December 13, 2013.

IT IS SO STIPULATED.

Dated: November 19, 2013         BEST BEST & KRIEGER LLP


                                  By:      */s/Laura J. Fowler*
                                     LAURA J. FOWLER
                                     Attorneys for Defendant
                                     Kasco Corporation


Dated: November 19, 2013         QUINTANA & ALBERT LLP


                                  BY:      */s/Rory C. Quintana*
                                     RORY C. QUINTANA
                                     Attorneys for Plaintiff
                                     Anthony Spradlin


IT IS SO ORDERED.


Dated: November 19, 2013


                                  _____
                                  Troy L. Nunley
                                  United States District Judge

LAW OFFICES OF
BEST BEST & KRIEGER LLP
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CA 95814

1

STIP AND ORDER FOR 1ST EXT. OF TIME
2:13-CV-02260-TLN-AC