LAURA J. FOWLER (Bar No. 186097)
laura.fowler@bbklaw.com
Best Best & Krieger LLP
500 Capitol Mall
Suite 1700
Sacramento, CA  95814
Telephone:  (916) 325-4000
Facsimile:  (916) 325-4010

PAUL H. SINCLAIR (Admitted Pro Hac Vice)
paul.sinclair@icemiller.com
Ice Miller LLP
One American Square, Suite 2900
Indianapolis, IN 46282
Telephone:  (317) 236-2176
Facsimile:  (317) 592-4759

Attorneys for Defendant
Kasco Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SPRADLIN, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>KASCO CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.  2:13-cv-02260-TLN-AC<br><br>**STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME** |

Pursuant to Local Rule 144(a), the parties hereby stipulate as follows:

Laura J. Fowler, Best Best & Kreiger, LLP, and Paul H. Sinclair, Ice Miller LLP, attorneys for defendant, Kasco Corporation ("Defendant") and Rory C. Quintana, Quintana Albert LLP, attorney for plaintiff, Anthony Spradlin, hereby stipulate to an additional two-week extension for Defendant to respond to the complaint filed in this matter. The parties previously stipulated to an initial extension of three weeks, and an additional extension is needed due to plaintiff's intent to file an amended complaint and to facilitate the parties' early settlement discussions. Defendant's response is now due on December 27, 2013.

IT IS SO STIPULATED.

Dated: December 12, 2013         BEST BEST & KRIEGER LLP

                                 By:      */s/Laura J. Fowler*
                                     LAURA J. FOWLER
                                     Attorneys for Defendant
                                     Kasco Corporation

Dated: December 12, 2013         ICE MILLER LLP

                                 By:      */s/Paul H. Sinclair*
                                     PAUL H. SINCLAIR
                                     Attorneys for Defendant
                                     Kasco Corporation

Dated: December 12, 2013         QUINTANA ALBERT LLP

                                 BY:      */s/Rory C. Quintana*
                                     RORY C. QUINTANA
                                     Attorneys for Plaintiff
                                     Anthony Spradlin

IT IS SO ORDERED.

Dated: December 13, 2013

                                 _____
                                 Troy L. Nunley
                                 United States District Judge