Rory C. Quintana (SBN 258747)
Hallie B. Albert (SBN 258737)
QUINTANA ALBERT LLP
201 Spear Street, Suite 1100
San Francisco, CA  94105
Telephone:  (415) 504-3121
Fax:  (415) 233-8770
rory@qalegal.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY SPRADLIN**, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>**KASCO CORPORATION** a Delaware corporation; and **DOES 1 through 10**, inclusive,<br><br>       Defendants.. | CASE NO.: 2:13-cv-02260-TLN-AC<br><br>STIPULATION FOR LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT AND ORDER |

## STIPULATION

This Stipulation is made and entered into between Plaintiff Anthony Spradlin (herein "Plaintiff") and Defendant Kasco Corporation (herein "Defendant"), by and through their respective counsel, with reference to the following.

    1.    WHEREAS, on October 31, 2013, Plaintiff filed his initial Complaint in the above-referenced matter with this Court;

    2.    WHEREAS, Defendant has requested and been provided two extensions for filing a responsive pleading;

    3.    WHEREAS, Plaintiff's co-worker Gary Allen wishes to pursue litigation against Defendant;

    4.    WHEREAS, Gary Allen's issues, claims and causes of action against Defendant are alleged to be identical to those plead by Plaintiff;

    5.    WHEREAS, it is in the interest of judicial economy to litigate Plaintiff and

1  Allen's claims together;

2      THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto,

3  through their respective attorneys of record that Plaintiff may file a First Amended Complaint, a

4  copy of which is attached hereto.

5      IT IS FURTHER STIPULATED that Defendant waives notice and service of the First

6  Amended Complaint and shall have twenty-one (21) days from the filing the First Amended

7  Complaint to file a responsive pleading.

8
   Dated: December 26, 2013              QUINTANA ALBERT LLP
9

10
                                         By:____s/Rory C. Quintana_____
11                                           Rory C. Quintana
                                             *Attorney for Plaintiff*
12

13

14
   Dated: December 26, 2013              BEST BEST & KRIEGER LLP
15

16
                                         By:_____/s/ Laura Fowler_____
17                                           Laura Fowler
                                             *Attorney for Defendant*
18

19  Dated: December 26, 2013             ICE MILLER LLP

20

21                                        By:_____/s/ Paul Sinclair_____
                                             Paul Sinclair
22                                           *Attorney for Defendant*

23

24

25

26

27

28
                                        2

**ORDER**

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

      1.    Plaintiff Anthony Spradlin may file the proposed FIRST AMENDED COMPLAINT as stipulated above.

IT IS SO ORDERED.


Dated: December 27, 2013

Troy L. Nunley
United States District Judge

Case No. 2:13-cv-02260-TLN-AC        STIPULATION TO FILE FIRST AMENDED
COMPLAINT