1  LAURA J. FOWLER (Bar No. 186097)
   laura.fowler@bbklaw.com
2  Best Best & Krieger LLP
   500 Capitol Mall
3  Suite 1700
   Sacramento, CA  95814
4  Telephone:  (916) 325-4000
   Facsimile:  (916) 325-4010
5
   PAUL H. SINCLAIR (Admitted Pro Hac Vice)
6  paul.sinclair@icemiller.com
   Ice Miller LLP
7  One American Square, Suite 2900
   Indianapolis, IN 46282
8  Telephone:  (317) 236-2176
   Facsimile:  (317) 592-4759
9
   Attorneys for Defendant
10 Kasco Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SPRADLIN, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>KASCO CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.  2:13-cv-02260-TLN-AC<br><br>**STIPULATION AND ORDER MODIFYING PRE-TRIAL SCHEDULING ORDER** |

The parties hereby stipulate as follows:

1. On December 31, 2013, the parties filed a Joint Status Report, indicating that the parties were agreeable to the assigned Magistrate Judge acting as the settlement judge at any early settlement conference.

2. On February 7, 2014, the Court issued a Pre-Trial Scheduling Order, setting a Settlement Conference before Magistrate Judge Allison Claire for March 13, 2014, at 9:00 a.m. (with mediation briefs due on March 6, 2014).

3. Prior to the Court's Pre-Trial Scheduling Order, the parties were engaging in settlement discussions and had already scheduled a private mediation with Michael Loeb of JAMS in San Francisco, CA for March 11, 2014.

4. In light of having already scheduled the mediation, the parties respectfully request that the Settlement Conference currently scheduled for March 13, 2014, be removed from the calendar, along with the March 6, 2014 date for mediation briefs due to the Court.

5. Should the parties fail to resolve the case at the March 11 private mediation, the parties are amenable to participating in a settlement conference with the assigned Magistrate Judge at a later mutually agreeable date. The parties can contact the Court to request and pursue scheduling such a conference in the event the case is not resolved.

IT IS SO STIPULATED.

Dated: February 27, 2014          BEST BEST & KRIEGER LLP

                                  By:     */s/Laura J. Fowler*
                                      LAURA J. FOWLER
                                      Attorneys for Defendant
                                      Kasco Corporation

Dated: February 27, 2014          ICE MILLER LLP

                                  By:     */s/Paul H. Sinclair*
                                      PAUL H. SINCLAIR
                                      Attorneys for Defendant
                                      Kasco Corporation

Dated:  February 27, 2014   QUINTANA ALBERT LLP

BY:      */s/Rory C. Quintana*
      RORY C. QUINTANA
      Attorneys for Plaintiff
      Anthony Spradlin

IT IS SO ORDERED.

Dated: March 11, 2014

_____
Troy L. Nunley
United States District Judge

LAW OFFICES OF
BEST BEST & KRIEGER LLP
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CA 95814