LAURA J. FOWLER (Bar No. 186097)
laura.fowler@bbklaw.com
Best Best & Krieger LLP
500 Capitol Mall
Suite 1700
Sacramento, CA  95814
Telephone:  (916) 325-4000
Facsimile:  (916) 325-4010

PAUL H. SINCLAIR (Admitted Pro Hac Vice)
paul.sinclair@icemiller.com
Ice Miller LLP
One American Square, Suite 2900
Indianapolis, IN 46282
Telephone:  (317) 236-2176
Facsimile:  (317) 592-4759

Attorneys for Defendant
Kasco Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SPRADLIN, an individual, GARY ALLEN, an individual, and DAVID SAMUELSON, an individual,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>KASCO CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.  2:13-cv-02260-TLN-AC<br><br>**STIPULATION  AND ORDER FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND FOR STAY OF PROCEEDINGS** |

Pursuant to Local Rule 144(a), the parties hereby stipulate as follows:

Laura J. Fowler, Best Best & Kreiger, LLP, and Paul H. Sinclair, Ice Miller LLP, attorneys for defendant, Kasco Corporation ("Defendant") and Rory C. Quintana, Quintana Albert LLP, attorney for plaintiffs, Anthony Spradlin, Gary Allen, and David Samuelson, hereby stipulate to a three-week extension for Defendant to respond to the Second Amended Complaint filed in this matter on February 28, 2014. The parties have mediated this matter, reached a settlement, and filed a notice of settlement. The parties are in the process of submitting a request to the Court for approval of the settlement and dismissal of this action (under a request to file documents under seal). A response to the Second Amended Complaint is due on or about March 21, 2014. Given the pendency of the settlement and the imminent request for Court approval, the parties have agreed to postpone the deadline for responding to the Second Amended Complaint to April 11, 2014. The parties have also agreed to temporarily stay these proceedings pending the Court's consideration of the anticipated motion for approval of the settlement, so that neither party propounds discovery or is obligated to comply with any previously established deadlines unrelated to the request for Court approval of the settlement.

IT IS SO STIPULATED.

Dated: March 21, 2014                    BEST BEST & KRIEGER LLP

By:      */s/Laura J. Fowler*
         LAURA J. FOWLER
         Attorneys for Defendant
         Kasco Corporation

Dated: March 21, 2014                    ICE MILLER LLP

By:      */s/Paul H. Sinclair*
         PAUL H. SINCLAIR
         Attorneys for Defendant
         Kasco Corporation

Dated: March 21, 2014

QUINTANA ALBERT LLP

BY: */s/Rory C. Quintana*
RORY C. QUINTANA
Attorneys for Plaintiff
Anthony Spradlin

IT IS SO ORDERED.

Dated: March 27, 2014

Troy L. Nunley
United States District Judge

LAW OFFICES OF
BEST BEST & KRIEGER LLP
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CA 95814